**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-01471-LTB-CBS

DUNG NGUYEN,
        Plaintiff,

v.

GAMBRO BCT, INC., and
GAMBRO, INC.,
        Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Defendants have filed a Motion for Attorney's Fees (filed August 9, 2005).  Plaintiff has **up to and including August 30, 2005** to file a response.  Defendants have **up to and including September 9, 2005** to file a reply.

Dated:  August 10, 2005
_____