IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Case No. 04-cv-01471-LTB-CBS

DUNG NGUYEN,

       Plaintiff,

v.

GAMBRO BCT, INC.,

       Defendant.

_____

ORDER
_____

Upon Plaintiff's Response to Defendant's Response to Motion to Amend Complaint (Doc 83), it is

ORDERED that Defendant's request to strike paragraph 13 of the Second Amended Complaint is DENIED. It is

FURTHER ORDERED that Plaintiff's Second Motion to Re-File Second Amended Complaint (Doc 76) is GRANTED and the tendered Second Amended Complaint is accepted for filing.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: November 8, 2007