IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Case No. 04-cv-01471-LTB-CBS

DUNG NGUYEN,

        Plaintiff,

v.

GAMBRO BCT, INC.,

        Defendant.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss With Prejudice (Doc 90 - filed November 21, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                             BY THE COURT:

                               s/Lewis T. Babcock
                               Lewis T. Babcock, Judge

DATED: November 26, 2007